UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2024 JUN -3 P 12: 33

_____
DEPUTY CLERK

KAIMONDRE OWES,

Movant,

v.

Misc. No. _____

UNITED STATES OF AMERICA,

Respondent.

## SWORN STATEMENT OF MOVANT

I, __KO__ (name), am presently/was previously a customer of _____ (name of institution), and I am the customer whose records are being requested by the Government. The financial records sought by the United States Attorney's Office for the District of Maine (complete whichever of the following three explanations apply):

Are not relevant to the legitimate law enforcement inquiry stated in the Customer Notice that was sent to me because __ERROR__ // __I filled this out already.__

_____

OR

Should not be disclosed because there has not been substantial compliance with the Right to Financial Privacy Act of 1978 in that __I filled this out already.__

__I have copies!!__

OR

Should not be disclosed on the following other legal basis:
Motion to Dismiss. Error 2nd time filling this out. Why???

I declare under penalty of perjury that the foregoing is true and correct.

_____    5/21/24
Signature                                   Date